[No. 5002–1. Division One. November 13, 1978.]

JACARANDA LAND CORPORATION, *Respondent,* v. CLIFFORD A. McKEE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 50608, Byron L. Swedberg, J., entered August 19, 1976. *Affirmed* by unpublished opinion

1016

per Callow, J., concurred in by Andersen, A.C.J., and Dore, J.